UNITED STATES of America,
Plaintiff–Appellee,

v.

Johnny Roy FOOTRACER,
Defendant–Appellant.

No. 97–10528.

United States Court of Appeals,
Ninth Circuit.

Filed June 6, 2001

Before: PREGERSON, BRUNETTI, and HAWKINS, Circuit Judges.

ORDER

The opinion filed August 31, 1999, published at 189 F.3d 1058 (9th Cir.1999), is withdrawn. An unpublished memorandum is simultaneously filed.